# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EDDIE SAREMI, D.M.D.,** a California professional corporation, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**KATIE J. KARZEN**, a California dental corporation,<br><br>*Defendant*. | Case No. 2:20-cv-02721-VAP-AS<br><br>**ORDER**<br><br>Complaint filed: March 24, 2020 |

Pursuant to the parties' stipulation of dismissal, this action is hereby dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to any other member of the putative class's right to bring claims, with each party to bear its own attorneys' fees and costs.

**IT IS SO ORDERED**.

Dated: June 4, 2021

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE